# United States Bankruptcy Court
## Southern District of Georgia

In re  **Roddie Adolphus Mason** _____   Case No. _____
                                                             Debtor(s)              Chapter  **7**

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor  **Roddie Adolphus Mason**

   Employer _____

   Dates of Pay Advices:   From _____   To _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   ☑ The Debtor was not employed.

   ☐ The Debtor's source of income was from Social Security.

   ☐ The Debtor was self employed.

2. Joint Debtor (Spouse) _____

   Employer _____

   Dates of Pay Advices:   From _____   To _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   ☐ The Joint Debtor was not employed.

   ☐ The Joint Debtor's source of income was from Social Security.

   ☐ The Joint Debtor was self employed.

| /s/ Guy Henry Seymour, Jr. GA | July 10, 2017 | /s/ Roddie Adolphus Mason | July 10, 2017 |
|---|---|---|---|
| Signature of Attorney | Date | Signature of Debtor | Date |
| **Guy Henry Seymour, Jr. GA 636570** | | | |
| Name of Attorney | | Signature of Joint Debtor (if any) | Date |